**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6195**

---

RODDY S. HAYDEN,

Plaintiff - Appellant,

versus

THOMAS R. CORCORAN, Warden; CORRECTIONAL
MEDICAL SYSTEMS; CHERYL SAUNDERS, R.N.; JACK
MOMODU, M.D.,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-
3386-L)

---

Submitted: May 1, 1997          Decided: May 13, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roddy S. Hayden, Appellant Pro Se. Severn Eyre Savage Miller,
SEMMES, BOWEN & SEMMES, Baltimore, Maryland; Philip Melton Andrews,
KRAMON & GRAHAM, P.A., Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hayden v. Corcoran</u>, No. CA-96-3386-L (D. Md. Jan. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>